UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. **14-CR-80189-MARRA(s)**
18 U.S.C. § 1349

UNITED STATES OF AMERICA

vs.

**FRANKIE LANE** and
**TIMOTHY J. ROUCH,**

          **Defendants.**
_____/

FILED by _____ D.C.
OCT 08 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The Department of Veterans Affairs (VA) was an agency of the United States Government. The Veterans Healthcare Administration (VHA) was the division of the VA which provided benefits, including health care benefits, to honorably discharged United States military veterans. The VHA Healthcare System (VHAHS) operated medical centers throughout the country which provided healthcare benefits, items or services to veterans. The VHAHS was a healthcare benefit program within the meaning of Title 18, United States Code, Section 1347.

2. The VHAHS provided, and contracted for the provision of, durable medical equipment (DME) to veterans based on medical necessity as determined by their VHAHS physician. When a VHAHS physician found that DME was medically necessary, the physician entered, or caused to be entered, a "consult" into the VHAHS computer system. This "consult" was akin to a prescription for DME. Lifts and ramps which would assist a veteran's mobility

1

were considered DME for which a "consult" was required. "Consults" were valid for one calendar year.

3. **TIMOTHY ROUCH** was employed as the Chief of Prosthetics of the Department of Veterans Affairs Medical Center (VAMC), located in West Palm Beach, Florida. The VAMC Prosthetics Department received all "consults" for DME, including "consults" for lifts and ramps. Upon receipt of a valid "consult," a Prosthetics Department purchasing agent would select a vendor in accordance with VA policies and procedures. **TIMOTHY ROUCH**'s job duties included supervising the procurement of prosthetics and DME for veterans served by the VAMC.

4. Defendant **FRANKIE LANE** was the owner of AAA Medical Discount (AAA), a vendor of DME to veterans served by the VAMC in West Palm Beach, Florida.

## COUNT 1
### Conspiracy
### (18 U.S.C. § 1349)

5. Paragraphs 1 through 4 of the General Allegations Section of this Information are realleged and incorporated by reference as though fully set forth herein.

6. From on or about January 26, 2006, through on or about July 23, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANKIE LANE and
TIMOTHY J. ROUCH,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to violate Title 18, United States Code, Section 1347, that is, to execute a scheme and artifice to defraud the VHAHS, a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of materially false and fraudulent pretenses,

2

representations, and promises, money and property owned by, and under the custody and control of, the VHAHS, in connection with the delivery of and payment for health care benefits, items, and services.

## PURPOSE OF THE CONSPIRACY

7. It was the purpose of the scheme and artifice for the defendant and his co-conspirator to unlawfully enrich themselves and to cause a loss to the VHAHS through the submission of false and fraudulent DME claims.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirator sought to accomplish the object and purpose of the conspiracy included, among others, the following:

8. **TIMOTHY ROUCH** created, and caused the creation of, fraudulent "consults" in order to generate fraudulent purchase orders which purportedly authorized AAA to provide, and the VHAHS to pay AAA for, lifts and/or ramps which **TIMOTHY ROUCH** and **FRANKIE LANE** never intended to be provided to veterans. In some instances, **TIMOTHY ROUCH** cloned, and caused the cloning of, old, previously fulfilled "consults" in order to generate new, fraudulent purchase orders for lifts and ramps. In at least one instance, **TIMOTHY ROUCH** acted as a provider and created a "consult" in order to generate a fraudulent purchase order for a lift.

9. **TIMOTHY ROUCH** provided, and caused to be provided, the fraudulent purchase orders to **FRANKIE LANE**. **TIMOTHY ROUCH** and **FRANKIE LANE** understood and agreed that AAA would invoice VHAHS for the lifts and ramps purportedly authorized by the fraudulent purchase orders, but that AAA would not actually provide the lifts and ramps to veterans.

10. **FRANKIE LANE** submitted false and fraudulent invoices to the VHAHS which invoices indicated that AAA had provided lifts and/or ramps to veterans in accordance with the fraudulent "consults" when, in truth and fact, AAA had not provided such lifts or ramps to

3

veterans.

11. **TIMOTHY ROUCH.** instructed purchasing agents in the prosthetics department to process the false and fraudulent invoices and to pay AAA for the lifts and/or ramps purportedly provided to veterans.

12. As a result of the false and fraudulent "consults," purchase orders, and invoices, **FRANKIE LANE** and **TIMOTHY ROUCH** caused the VHAHS to make payments to AAA to which AAA was not entitled. **FRANKIE LANE** kicked back a portion of these payments to **TIMOTHY ROUCH.**

13. On or about July 23, 2010, as part of an effort to cover up his involvement in the conspiracy, **FRANKIE LANE** provided, and caused to be provided, false documentation to federal agents in response to a federal grand jury subpoena.

All in violation of Title 18, United States Code, Section 1349.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   14-CR-80189-MARRA(s) |
| vs. | |
| FRANKIE LANE, and<br>TIMOTHY J. ROUCH<br>    Defendants. _____/ | **CERTIFICATE OF TRIAL ATTORNEY*** <br><br>**Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)      Yes   X    No ____
Number of New Defendants       1
Total number of counts        1

Miami ____   Key West ____
FTL ____    WPB  X    FTP ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    No
   List language and/or dialect

4. This case will take     0-5     days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days         X          Petty
   II   6 to 10 days                   Minor
   III  11 to 20 days                  Misdem.
   IV   21 to 60 days                  Felony       X
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)    Yes
   If yes:
   Judge:   MARRA                Case No.  14-CR-80189-MARRA
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    No
   If yes:   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the
                                       District of

   Is this a potential death penalty case? (Yes or No) ____Yes   X   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?        ____ Yes    X    No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?        ____ Yes    X    No

                                                 _____
                                                 STEPHANIE D. EVANS.
                                                 ASSISTANT UNITED STATES ATTORNEY
                                                 Florida Bar/Court No. 0255180

*Penalty Sheet(s) attached                                                REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>**FRANKIE LANE**</u>

**Case No**: _____

Counts: 1

<u>18 U.S.C. 1349</u>
Conspiracy to Commit Healthcare Fraud.

**\* Max. Penalty**: 10 Years Imprisonment; 3 Years Supervised Release; $250,000 Fine or twice the gain or loss from the offense, whichever is greater and Restitution.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **TIMOTHY J. ROUCH**

Case No: 14-CR-80189-MARRA(s)

Counts: 1

18 U.S.C. 1349
Conspiracy to Commit Healthcare Fraud.

\* **Max. Penalty**: 10 Years Imprisonment; 3 Years Supervised Release; $250,000 Fine or twice the gain or loss from the offense, whichever is greater and Restitution.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-CR-80189-MARRA(s)

### BOND RECOMMENDATION

DEFENDANT: FRANKIE LANE

$100,000 Personal Surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans*
AUSA:   Stephanie D. Evans

Last Known Address: _____

What Facility: _____

Agent(s):   Special Agent Dave Spilker,  VA OIG
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-CR-80189-MARRA(s)

### BOND RECOMMENDATION

DEFENDANT: TIMOTHY J. ROUCH

$100,000 Personal Surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans*
AUSA: Stephanie D. Evans

Last Known Address: _____

What Facility: _____

Agent(s): Special Agent Dave Spilker, VA OIG
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  14-CR-80189-MARRA(s) |
| FRANKIE LANE | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  10/09/2014

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

James R. Gailey
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. MAGISTRATE JUDGE DAVE LEE BRANNON
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   14-CR-80189-MARRA(s) |
| TIMOTHY J. ROUCH | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___10/09/2014___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

__U.S. MAGISTRATE JUDGE DAVE LEE BRANNON__
*Judge's printed name and title*