AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-CR-80189-MARRA(s) |
| TIMOTHY J. ROUCH | ) | |
| | ) | |
| Defendant | ) | |

FILED by ___ D.C.
OCT 1 4 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/09/2014 14

_____
Defendant's signature

_____
Signature of defendant's attorney

Michael T. Bears
Printed name of defendant's attorney

_____
Judge's signature

U.S. MAGISTRATE JUDGE WILLIAM MATTHEWMAN
Judge's printed name and title