# CRIMINAL COURT MINUTES

Page: 1

## U.S. Magistrate Judge William Matthewman

Courtroom Number # 2    Date: OCTOBER 14, 2014    Time: 10:00 am

Defendant: TIMOTHY J. ROUCH (SURR)    J#: _____    Case #: 14-80189-CR-Marra (s)

AUSA: STEPHANIE EVANS    Attorney: MITCHELL J. BEERS (PERM)

Violation: 18: 1349    Agent: _____

Proceeding: INITIAL APPEARANCE / BOND HEARING / ARRAIGNMENT    CJA Appt: _____

Bond/PTD Held: ☒ Yes  ☐ No    Recommended Bond: GOVT REC. $100,000 PSB

Bond Set at: $100,000 PSB    Co-signed by: _____

FILED by ___ D.C.
OCT 14 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

- ☒ All standard conditions
- ☒ Surrender and/or do not obtain passport/travel docs
- ☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☒ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel ~~extended~~ RESTRICTED to: SDFL
- ☐ Other: _____

Language: ENGLISH

Disposition: DEFENDANT SWORN, ADVISED OF CHARGES, POSSIBLE MAXIMUM PENALTIES AND RIGHTS. NOTICE OF PERMANENT APPEARANCE FILED BY MITCHELL J. BEERS. BOND HEARING HELD. GOVERNMENT RECOMMENDS A $100,000 PSB. BOND CONDITIONS SET. THE COURT EXPLAINS WAIVER OF INDICTMENT TO THE DEFENDANT, WAIVER ACCEPTED & FORM SIGNED. ARRAIGNMENT HELD.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested / ISSUED

CASE RECALLED - STATUS - DEFENDANT REQUEST TO TRAVEL. THE COURT WILL ALLOW TRAVEL TO DAYTON, OHIO OCTOBER 16 TO 20, 2014. DEFT TO PROVIDE ITINERARY TO PTS WITHIN 24 HOURS OF TRIP + CONTACT PTS UPON RETURN

NEXT COURT APPEARANCE    Date: ___    Time: ___    Judge: ___    Place: ___

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:13:18 / 11:00:19    Time in Court: 10:13-10:23 AM  11:00-11:03 AM

Courtroom Deputy: Kenneth J. Zuniga

INITIAL - 2 MINS
BOND - 2 MINS
ARR - 6 MINS
STATUS - 2 MINS